NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WYETH AND CORDIS CORPORATION,**
*Plaintiffs / Counterclaim Defendants-Appellants,*

**v.**

**ABBOTT LABORATORIES,
ABBOTT CARDIOVASCULAR SYSTEMS INC.,
ABBOTT LABORATORIES, INC., MEDTRONIC
INC., MEDTRONIC VASCULAR, INC., AND
MEDTRONIC USA, INC.,**
*Defendants / Counterclaimants-Appellees,*

**AND**

**BOSTON SCIENTIFIC CORPORATION AND
BOSTON SCIENTIFIC SCIMED, INC.,**
*Defendants / Counterclaimants-*

*Appellees.*

---

**2012-1223, -1224**

---

Appeals from the United States District Court for the District of New Jersey in case nos. 08-CV-0230 and 08-CV-1021, Judge Joel A. Pisano.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

## ORDER

Wyeth and Cordis Corporation ("Appellants") have filed two motions: 1) a motion for leave to file an extended reply brief not to exceed 11,000 words; and 2) a motion for leave to file an extended reply brief not to exceed 9,000 words. Boston Scientific Corporation and Boston Scientific Scimed Inc. oppose the first motion and consent to the second motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that Appellants may file a reply brief not to exceed 9,000 words.

FOR THE COURT

NOV 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David T. Pritikin, Esq.
Edward A. Mas, II, Esq.
Matthew M. Wolf, Esq.
Samuel F. Baxter, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2012

JAN HORBALY
CLERK